**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al. <br><br> *Defendant*s. | Civil Action No. 3:26-cv-866-JSC <br><br> [~~PROPOSED~~] **ORDER ON STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Jacqueline Scott Corley |

This matter came before the Court on the Parties' Stipulated Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment (the "Stipulation"). The Court having considered the Stipulation, and good cause appearing, it is hereby: **ORDERED** that the Stipulation is **GRANTED**. The deadline for Defendants to respond to Plaintiffs' Motion for Partial Summary Judgment is now April 21, 2026. Defendants' replies are due by May 5, 2026. The hearing on the motion is continued to July 2, 2026 at 10:00 a.m. in San Francisco.

**IT IS SO ORDERED.**

Dated this 26th of March, 2026.

_____
Judge Jacqueline Scott Corley
United States District Court for the
Northern District of California