ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JOHN K. HEISE
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, DC 20002
John.Heise@usdoj.gov
(202) 598-3312

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al. <br><br> *Defendant*s. | Civil Action No. 3:26-cv-866-JSC <br><br> **STIPULATED PROPOSED BRIEFING SCHEDULE; [PROPOSED] ORDER** <br><br> Judge: Hon. Jacqueline Scott Corley |

The Parties, through their undersigned attorneys, hereby jointly submit this proposed schedule for briefing of the Parties' anticipated cross-motions for summary judgment. This stipulated request is supported by the accompanying Declaration of John K. Heise, and is based on the following facts:

1.     On April 15, 2026, the Court entered an order in a related case, *Center for Biological Diversity et al. v. United States Department of the Interior et al.*, 3:25-cv-10793 ("*Interior*"), that granted the Parties' requested briefing schedule, which consolidated summary judgment briefing in this matter with the summary judgment briefing in *Interior*, vacated early

Stipulated Proposed Briefing Schedule and [Proposed] Order                                    1

case management deadlines in this matter, stayed briefing on Plaintiffs' motion for summary judgment in this matter, relieved Defendants of the obligation to file an answer in this matter, and set a deadline for Defendants to produce the administrative record in this matter.

2.    At present, the order governing the briefing schedule has only been entered on the *Interior* docket.  The Parties have met and conferred and respectfully request that, in the interest of clarity and to avoid confusion, the Court enter a separate order on this docket setting forth the deadlines governing this matter.

3.    The Parties have met and conferred and have confirmed that the following components of the Court's order in *Interior* apply to this case:

a.   The Parties are relieved of the obligation to file a Joint Case Management Statement, and the Initial Case Management Conference scheduled for May 6, 2026 is vacated.

b.   Defendants are relieved of their obligation to file an Answer in this matter. Should any issues remain after the expected cross-motions for summary judgment, the Parties will meet and confer regarding a schedule for Defendants to respond to the portions of the complaint(s) relevant to any unresolved issues.

c.   Defendants shall transmit the Administrative Record to Plaintiffs by the later of May 11, 2026, or 14 days after Plaintiffs file an amended complaint.

d.   The deadline for Plaintiffs to file any motion to complete or supplement the administrative record in this matter shall be June 5, 2026.  If Plaintiffs file such a motion, the briefing schedule set forth in Paragraph 3(e) shall be vacated pending resolution of the motion.

e.   The following deadlines and page limits shall apply to the Parties' consolidated cross-motions for summary judgment:

i.   Plaintiffs shall file their Motion for Summary Judgment by June 18, 2026 (40-page limit).

ii.  Defendants shall file their combined Opposition/Cross-Motion for Summary Judgment by July 31, 2026 (45-page limit).

Stipulated Proposed Briefing Schedule and [Proposed] Order                                    2

iii. Plaintiffs shall file their combined Reply/Cross-Opposition by August 28, 2026 (30-page limit).

iv. Defendants shall file their Cross-Reply by September 25, 2026 (25-page limit).

f. Further briefing on Plaintiffs' Motion for Partial Summary Judgment, Dkt. No. 20, is stayed until the Parties' consolidated cross-motions for summary judgment are resolved.  If further briefing is necessary, the Parties shall propose a briefing schedule within 14 days of the Court's ruling on the cross-motions for summary judgment.  Plaintiffs reserve the right to withdraw the Motion for Partial Summary Judgment and/or file an amended motion to brief additional claims.

Respectfully submitted this 1 of May, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice

/s/ *John K. Heise*
John K. Heise
Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-3312
John.Heise@usdoj.gov

*Counsel for Defendants*

/s/ *Brandon Jones-Cobb* (with permission)
Brandon Jones-Cobb (AK Bar No. 1610078)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 30604
Seattle, WA 98113-0604
Phone: 564-397-0830, ext. 478
Email: bjonescobb@biologicaldiversity.org

Wendy Park (Cal. Bar No. 237331)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: 510-844-7138
Email: wpark@biologicaldiversity.org

Hannah Connor (DC Bar No. 1014143)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Suite 1300
Washington, DC 20005
Phone: 202-681-1676
Email: hconnor@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

Nathaniel Shoaff (Cal. Bar No. 256641)
Elizabeth Benson (Cal. Bar No. 268851)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Phone: 415-977-5610
Email: nathaniel.shoaff@sierraclub.org
Email: elly.benson@sierraclub.org

*Attorneys for Sierra Club*

Stipulated Proposed Briefing Schedule and [Proposed] Order                     4

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that:

1. The Case Management Conference scheduled for May 6, 2026, is vacated, and the Parties are relieved from the requirement of submitting a Joint Case Management Statement.

2. Defendants are relieved of their obligation to file an answer in this matter. Should any issues remain after the anticipated cross-motions for summary judgment are decided, the parties will meet and confer regarding a schedule for Defendants to respond to the portions of the complaint(s) relevant to any unresolved issues.

3. Defendants shall transmit the administrative record to Plaintiffs and the Court, and shall file notices of certification and lodging concerning the same, by the later of May 11, 2026, or 14 days after Plaintiffs file an amended complaint.

4. Plaintiffs shall file any motions to complete or supplement the administrative record by June 5, 2026. If any such motion is filed, the briefing schedule set forth in Paragraph 5 shall be vacated pending resolution of the motion.

5. The Parties shall adhere to the following briefing schedule and page limits for the anticipated consolidated cross-motions for summary judgment:

    a. Plaintiffs shall file their Motion for Summary Judgment by June 18, 2026 (40-page limit).

    b. Defendants shall file their combined Opposition/Cross-Motion for Summary Judgment by July 31, 2026 (45-page limit).

    c. Plaintiffs shall file their combined Reply/Cross-Opposition by August 28, 2026 (30-page limit).

    d. Defendants shall file their Cross-Reply by September 25, 2026 (25-page limit).

6. Briefing on Plaintiffs' Motion for Partial Summary Judgment in the *USDA* matter Dkt. 20, shall be stayed until the Parties' consolidated cross-motions for summary judgment are resolved. The Parties shall meet and confer, after the resolution of the cross-motions for

summary judgment, to determine whether further briefing is necessary to resolve Plaintiffs' motion for partial summary judgment pertaining to USDA's interim final rule and whether Plaintiffs wish to withdraw the motion and/or file an amended motion. If further briefing is necessary, the Parties shall propose a briefing schedule within 14 days of the Court's ruling on the cross-motions for summary judgment.

IT IS SO ORDERED.

DATED:_____

_____
THE HON. JACQUELINE SCOTT
CORLEY
United States District Judge

Stipulated Proposed Briefing Schedule and [Proposed] Order                    6